receipt # 1091962
6/21/11

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re: (Case Name) David C. & Elizabeth C. Lessinger / Case # 07-03709
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 41.27. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

✓ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

___ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Chase Bank USA  Amount $ 41.27  Claims Register # 6

Claimant _____  Amount $ _____  Claims Register # _____

Claimant _____  Amount $ _____  Claims Register # _____

Claimant _____  Amount $ _____  Claims Register # _____

_____
Trustee Name

FILED
JUN 2 1 2011
BANKRUPTCY COURT
BUFFALO, N.Y.